October 2, 2017

**VIA ECF**

Honorable Gregory H. Woods
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:  <u>Clark v. Avaya Inc., et al. (In re Avaya Inc., et al.)</u>, Case No. 1:17-cv-07379-GHW

To the Honorable Judge Woods:

    In accordance with the Court's order dated September 28, 2017, directing the parties in the above-referenced proceedings to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge, we write to confirm that counsel to each of the appellant and the appellees, noted below, have conferred regarding a proposed assignment to Magistrate Judge Peck, as well as Appellant Marlene Clark's request for an expedited briefing schedule.

    The parties do not consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

    Subject to this Court's approval, the parties have agreed to an expedited briefing schedule with the following deadlines; with oral argument scheduled at the Court's convenience.

| Submission | Deadline |
| --- | --- |
| Appellant's Brief | October 4, 2017, at 5:00 p.m. (prevailing Eastern Time) |
| Appellees' Briefs | October 18, 2017, at 5:00 p.m. (prevailing Eastern Time) |
| Appellant's Reply Brief | October 23, 2017, at 5:00 p.m. (prevailing Eastern Time) |

    Accordingly, the parties respectfully request that this Court enter an order authorizing the expedited briefing schedule set forth herein.  Counsel to each the appellant and appellees are further available to address any questions the Court may have.

Honorable Gregory H. Woods
October 2, 2017
Page 2

Respectfully,

| | |
|---|---|
| */s/ Jeffrey Chubak* | */s/ Jonathan S. Henes, P.C.* |
| Jeffrey Chubak | James H.M. Sprayregen, P.C. |
| STORCH AMINI PC | Jonathan S. Henes, P.C. |
| 140 East 45th Street, 25th Floor | KIRKLAND & ELLIS LLP |
| New York, New York 10017 | KIRKLAND & ELLIS INTERNATIONAL LLP |
| Telephone: (212) 490-4100 | 601 Lexington Avenue |
| | New York, New York 10022 |
| *Counsel to Marlene Clark, Appellant* | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |

- and -

Patrick J. Nash, Jr., P.C.
Ryan Preston Dahl
Bradley Thomas Giordano
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtors, Appellee*

*/s/ Lorenzo Marinuzzi*
Lorenzo Marinuzzi
Todd M. Goren
MORRISON & FOERSTER LLP
250 W 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Official Committee of Unsecured Creditors, Appellee*

Honorable Gregory H. Woods
October 2, 2017
Page 3

                                         */s/ Ira S. Dizengoff*
                                         Ira S. Dizengoff
                                         Philip C. Dublin
                                         Abid Qureshi
                                         AKIN GUMP STRAUSS HAUER & FELD LLP
                                         One Bryant Park
                                         New York, New York 10036
                                         (212) 872-1000 (Telephone)
                                         (212) 872-1002 (Facsimile)

                                         *Counsel to the Ad Hoc First Lien Group,*
                                         *Appellee*

                                         */s/ Kristopher Hansen*
                                         Kristopher Hansen
                                         Sayan Bhattacharyya
                                         Gabriel E. Sasson
                                         STROOCK & STROOCK & LAVAN LLP
                                         180 Maiden Lane
                                         New York, New York 10038
                                         Telephone: (212) 806-5400
                                         Facsimile: (212) 806-6006

                                         *Counsel to the Ad Hoc Crossover Group,*
                                         *Appellee*