UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

AVAYA INC., et al.,

                Debtors.

---

MARLENE CLARK,

                Appellant,

    - against -

AVAYA INC., et al.,

                Appellee

Index No. 17 Civ. 07379 (GHW)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Ryan Preston Dahl,** hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for **Avaya Inc. et al.,** in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 18, 2017

Respectfully Submitted,

_____Ryan Preston Dahl_____
Applicant Signature:_____
Applicant's Name: Ryan Preston Dahl (IL Bar No. 629645)
Firm Name: Kirkland & Ellis LLP
Address: 300 N. La Salle
City/State/Zip: Chicago, IL 60654
Telephone/Fax: (312) 862-3000

KE 49865965

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

AVAYA INC., et al.,

              Debtors.

MARLENE CLARK,

              Appellant,

     - against -

AVAYA INC., et al.,

              Appellee

Index No. 17 Civ. 07379 (GHW)

**AFFIDAVIT OF RYAN PRESTON DAHL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF NEW YORK   )
                              ) ss
COUNTY OF NEW YORK  )

I, Ryan Preston Dahl, being duly sworn, deposes and says:

1. I am a partner in the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, IL 60654 which serves as counsel to Appellee Avaya, Inc. et al. I seek to be admitted to practice on a *pro hac vice* basis in order to take any and all necessary actions on behalf of Defendant Avaya, Inc. et al., in this case.

2. I have been admitted to practice, and am in good standing, in the courts of the State of Illinois. I was admitted to practice law on November 8 2007. I have never been disciplined or disbarred. My Illinois State bar number is 629645. A Certificate of Good Standing from the bar of the state of Illinois is attached hereto as Exhibit A.

2

3.  In compliance with Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I have attached hereto as <u>Exhibit A</u> a true and correct copy of the Certificate of Good Standing issued by the Supreme Court of the State of Illinois within the past thirty (30) days.

4.  I respectfully submit a proposed order grating the admission of Ryan Preston Dahl *pro hac vice* to this Court.

5.  If admitted *pro hac vice*, I will comply with the standards of professional conduct imposed upon New York attorneys, and I agree to the jurisdiction of the courts with respect to any acts occurring during the course of my participation in this proceeding.

_____
Ryan Preston Dahl

Sworn to before me this
___ day of October, 2017

_____
Notary Public

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 20__

KE 49865965

# EXHIBIT A

KE 49865965

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Ryan Preston Dahl

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2007 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of October, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

5

KE 49865965

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>AVAYA INC., et al.,<br><br>                    Debtors.<br><br>MARLENE CLARK,<br><br>                    Appellant,<br><br>     - against -<br><br>AVAYA INC., et al.,<br><br>                    Appellee | Index No. 17 Civ. 07379 (GHW)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Ryan Preston Dahl, for admission to practice *pro hac vice* in the above captioned action is granted.

Application has declared that he is a member in good standing of the bar of the states of Illinois; and that his contact information is as follows:

    Applicant's Name: Ryan Preston Dahl
    Firm Name: Kirkland & Ellis LLP
    Address: 300 N. La Salle
    City/State/Zip: Chicago, IL 60654
    Telephone/Fax: (312) 862-3000
    Email: ryan.dahl@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Avaya, Inc. et al., in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

KE 49865965

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge