```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARLENE CLARK                                      :
                                                                      :
                                      Appellant,   :
                                                                      :
            -against-                                  :       1:17-cv-07379-GHW
                                                                      :
AVAYA INC., *et al.*,                              :
                                                                      :
                                      Appellees.  :       <u>ORDER</u>
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court will hold oral argument on this appeal on November 1, 2017 at 1:00 p.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:  October 30, 2017
New York, New York
                                                            _____
                                                            GREGORY H. WOODS
                                                            United States District Judge